Real Estate Guarantee and Investment Company of Delaware (formerly Sussex Land and Cattle Company) *v.* Edward Dudley, Heulings Lippincott and Francis H. Hoffecker, Appellants.

Argued May 15, 1899. Appeal, No. 195, Jan. T., 1898, by defendants, from decree of C. P. Lancaster Co., Equity Docket No. 3, page 141, on bill in equity. Before GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE DEAN, October 6, 1899:

This issue, except in the name of parties plaintiff, is precisely the same as that of Mary E. Sutton against the same defendants, in which decree has this day been handed down, ante, p. 194. For the reasons accompanying that decree, this one is reversed at the costs of the appellee, the injunction dissolved and the bill dismissed.